UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Drew Katz and Melissa Silver, individually and as the co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>SK TRAVEL LLC, a North Carolina Limited Liability Company; SPINIELLO COMPANIES, a New Jersey Limited Liability company; ARIZIN VENTURES LLC, a Delaware Limited Liability Company; CAROL MCDOWELL, in her capacity as Personal Representative of the ESTATE OF JAMES MCDOWELL, deceased, a resident of Delaware; SHELLY DE VRIES, in her capacity as Personal Representative of the ESTATE OF BAUKE DE VRIES, deceased, a resident of New Jersey; GULFSTREAM AEROSPACE CORPORATION, a Georgia Corporation; GULFSTREAM AEROSPACE CORPORATION, a Delaware Corporation; GULFSTREAM AEROSPACE SERVICES CORPORATION, d/b/a Gulfstream Aerospace Corporation, a Delaware Corporation; ROCKWELL COLLINS, INC., an Iowa Corporation; HONEYWELL INTERNATIONAL, INC., and the MASSACHUSETTS PORT AUTHORITY, an independent public authority of the Commonwealth of Massachusetts,<br><br>      Defendants.<br><br>SK TRAVEL, LLC,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>Dan Dillon, Paul A. Seguin, and Dominic Camilli, Jr.,<br><br>      Third-Party Defendants. | **CASE NO. 1:16-CV-11380-DJC** |

1

## NOTICE OF LIMITED APPEARANCE ON MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Please enter the appearance of Kathleen M. Guilfoyle and Campbell Campbell Edwards & Conroy, P.C. as counsel for defendant Gulfstream Aerospace Services Corporation ("Gulfstream Services") in the above-captioned matter for the limited purpose of moving to dismiss the action with respect to Gulfstream Services for lack of personal jurisdiction. Gulfstream Services does not waive any and all objections as to service of process, jurisdiction, or any other technical, procedural or substantive matters by this limited appearance.

GULFSTREAM AEROSPACE SERVICES CORPORATION

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle (BBO #546512)
kguilfoyle@campbell-trial-lawyers.com
Christopher R. Howe (BBO #652445)
chowe@campbell-trial-lawyers.com
One Constitution Center, 3rd Floor
Boston, MA 02129
Tel:  (617) 241-3000
Fax:  (617) 241-5115

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 8, 2016, and paper copies will be sent to those indicated as non-registered participants on July 8, 2016.

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle