UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Drew Katz and Melissa Silver, individually and as the co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased,<br><br>    Plaintiffs,<br> v.<br><br>SPINIELLO COMPANIES, *et al.*,<br><br>    Defendants.<br><br>SK TRAVEL, LLC, *et al.*,<br><br>    Third-Party Plaintiffs,<br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Third-Party Defendant. | Civil Action No.: 16-11380 (DJC)(DLC) |

**JOINT STATEMENT AND PROPOSED AGENDA FOR
APRIL 30, 2018 STATUS CONFERENCE**

The Parties respectfully submit this Joint Statement and Proposed Agenda ("Joint Statement") in advance of the status conference set for April 30, 2018 at 11:30 a.m.

**I. MOTION PRACTICE**

During the status conference, the Court is scheduled to hear oral argument on two motions:

(1) The de Vries Estate's Motion for Leave to File a Second Amended Answer to Assert Crossclaims against Defendants Gulfstream Aerospace Service Corporation and Arizin Ventures, LLC ("de Vries Estate's Motion for Leave") [ECF No. 294]; and

(2) The McDowell Estate's Motion for Leave to File a Second Amended Answer to

Assert Crossclaims against Defendant Arizin Ventures, LLC ("McDowell Estate's Motion for Leave") [ECF No. 317].

There are two additional motions on the Court's docket for which briefing has been stayed until the Court decides the de Vries Estate's and the McDowell Estate's Motions for Leave:

(1)  Plaintiffs' Motion to Voluntarily Dismiss Defendant Gulfstream Services pursuant to Fed. R. Civ. P. 41(a)(2) [ECF No. 293].  Oppositions to this motion are due fourteen (14) days after the Court issues a decision on the de Vries Estate's Motion for Leave.  *See* ECF No. 309.

(2)  Gulfstream Services' Motion for Summary Judgment [ECF No. 302].  Oppositions to this motion are due within twenty-one (21) days after the Court issues a decision on the de Vries Estate's Motion for Leave.  *See* ECF No. 322.

## II.   STATUS OF DISCOVERY

### A.  Status Conference with Judge Cabell

As discussed at the February 12, 2018 status conference, the Parties have been in contact with Judge Cabell to discuss their ongoing discovery dispute about the Defendants' First Set of Requests for Production of Damages Documents Directed at Plaintiffs ("RFPs").  Defendants served a Joint Motion to Compel Plaintiffs' Production of Damages Documents on April 17, 2018, and requested Judge Cabell's guidance and rulings on the appropriate scope of damages discovery.[1]  Plaintiffs' opposition to the Defendants' Motion to Compel is due on April 24, 2018. The Parties will appear before Judge Cabell on April 30, 2018 at 10:00 a.m. to discuss the discovery issues in dispute.

---

[1] With Judge Cabell's permission, the Defendants submitted their motion papers by hand delivery to Judge Cabell's chambers and emailed copies of the same to Plaintiffs' counsel of record.

B. **Deadlines for Fact and Expert Discovery**

The current deadlines for fact and expert discovery are August 6, 2018 and December 15, 2018, respectively. The Parties disagree about whether these deadlines remain appropriate and will be prepared to discuss this issue following the status conference with Judge Cabell.

## III. PROPOSED AGENDA

The following is a list of proposed topics for discussion at the April 30, 2018 status conference:

1. Oral argument on the de Vries Estate's and the McDowell Estate's respective Motions for Leave;

2. Report on the Parties' April 30 status conference with Judge Cabell;

3. Discuss the need to involve Judge Cabell in managing the discovery process;

4. Discuss the current fact and expert discovery deadlines; and

5. Schedule the next status conference.

Dated:  April 23, 2018

Respectfully submitted,

| PLAINTIFFS, Drew Katz and Melissa Silver, individually and as the co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased<br><br>By their attorneys,<br><br>PODHURST ORSECK, P.A.<br><br>/s/ Steven C. Marks<br>Steven C. Marks (pro hac vice)<br>smarks@podhurst.com<br>Roy Altman (pro hac vice)<br>raltman@podhurst.com<br>Dayron Silverio (pro hac vice)<br>dsilverio@podhurst.com<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2700 | SHELLY DE VRIES, in her capacity as Personal Representative of the ESTATE OF BAUKE DE VRIES<br><br>By her attorneys,<br><br>REED SMITH LLP<br><br>/s/ Oliver Beiersdorf<br>Oliver Beiersdorf (pro hac vice)<br>obeiersdorf@reedsmith.com<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 521-5400<br><br>Patrick E. Bradley (pro hac vice)<br>pbradley@reedsmith.com<br>Michael C. Falk |

| | |
|---|---|
| Miami, FL 33131<br>Tel: (305) 358-2800<br><br>– and –<br><br>MEEHAN, BOYLE, BLACK & BOGDANOW, PC<br>Michael B. Bogdanow<br>mbogdanow@meehanboyle.com<br>Two Center Plaza, Suite 600<br>Boston, MA 02108-1922<br>Tel: (617) 523-8300 | mfalk@reedsmith.com<br>136 Main Street, Suite 250<br>Princeton, NJ 08540<br>Tel: (609) 524-2036 |
| SK TRAVEL, LLC<br><br>By its attorneys,<br><br>CONDON & FORSYTH LLP<br><br>/s/ Christopher R. Christensen<br>Christopher R. Christensen (pro hac vice)<br>cchristensen@condonlaw.com<br>David J. Harrington (pro hac vice)<br>dharrington@condonlaw.com<br>Jonathan E. DeMay (pro hac vice)<br>jdemay@condonlaw.com<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 894-6700<br><br>– and –<br><br>HUNTON ANDREWS KURTH LLP<br>Timothy J. Fazio (BBO # 654157)<br>tfazio@huntonak.com<br>Shauna R. Twohig (BBO # 685590)<br>stwohig@huntonak.com<br>125 High Street, Suite 533<br>Boston, MA 02110<br>Tel: (617) 648-2800 | GULFSTREAM AEROSPACE SERVICES CORPORATION<br><br>By its attorneys,<br><br>CAMPBELL EDWARDS & CONROY, P.C.,<br><br>/s/ Kathleen M. Guilfoyle<br>Kathleen M. Guilfoyle (BBO # 546512)<br>kguilfoyle@campbell-trial-lawyers.com<br>Christopher R. Howe (BBO # 652445)<br>chowe@campbell-trial-lawyers.com<br>One Constitution Plaza, 3rd Floor<br>Boston, MA 02129<br>Tel: (617) 241-3000<br>– and –<br><br>HOLLAND & KNIGHT LLP<br>Gary L. Halbert (pro hac vice)<br>gary.halbert@hklaw.com<br>800 17th Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Tel: (202) 955-3000<br><br>Judith R. Nemsick (pro hac vice)<br>judith.nemsick@hklaw.com<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: (212) 513-3400 |
| SPINIELLO COMPANIES<br><br>By its attorneys, | HONEYWELL INTERNATIONAL INC.,<br><br>By its attorneys, |

| | |
|---|---|
| SA Law, P.C.<br><br>/s/ Steven E. Arnold<br>Steven E. Arnold (BBO # 654157)<br>sea@salaw.us<br>8 Whittier Place, Suite 14F<br>Boston, MA 02114<br>Tel: (617) 670-0868<br><br>–and–<br><br>KAPLAN, MASSAMILLO & ANDREWS, LLC<br>Eugene Massamillo (pro hac vice)<br>emassamillo@kmalawfirm.com<br>Jeanine C. Driscoll (pro hac vice)<br>jdriscoll@kmalawfirm.com<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>Tel: (212) 922-0450<br>Larry Kaplan (pro hac vice)<br>lkaplan@kmalawfirm.com<br>200 West Madison Street, 16th Floor<br>Chicago, IL 60606<br>Tel: (312) 345-3000 | PEABODY & ARNOLD LLP<br><br>/s/ Timothy O. Egan<br>Timothy O. Egan<br>tegan@peabodyarnold.com<br>Barton E. Centauro<br>bcentauro@peabodyarnold.com<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: (617) 951-2050<br><br>–and–<br><br>ADLER, MURPHY & MCQUILLEN LLP<br>John M. Kelly (pro hac vice)<br>jkelly@amm-law.com<br>Michael G. McQuillen<br>mmcquillen@amm-law.com<br>Kurt C. Schlueter (pro hac vice)<br>kschlueter@amm-law.com<br>20 S Clark Street, Suite 2500<br>Chicago, IL 60603<br>Tel: (312) 422-5704 |
| ARIZIN VENTURES, LLC<br><br>By its attorneys,<br><br>HIGGINS, CAVANAGH & COONEY, LLP<br><br>/s/ James A. Ruggieri<br>James A. Ruggieri (BBO # 433770)<br>jruggieri@hcc-law.com<br>John David Freel<br>dfreel@hcc-law.com<br>10 Dorrance Street, Suite 400<br>Providence, RI 02903<br>Tel: (401) 272-3500<br><br>–and–<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>J. Denny Shupe (pro hac vice)<br>dshupe@schnader.com | UNITED STATES OF AMERICA<br><br>By its attorneys,<br><br>U.S. Department of Justice,<br>Civil Division, Aviation and Admiralty Litigation<br><br>/s/ Michael W. Kerns<br>Michael W. Kerns<br>michael.kerns@usdoj.gov<br>Orla M. Brady (BBO # 652715)<br>Orla.M.Brady@usdoj.gov<br>P.O. Box 14271<br>Washington, DC 20044-4271<br>Tel: (202) 616-4100 |

| | |
|---|---|
| SA Law, P.C.<br><br>/s/ Steven E. Arnold<br>Steven E. Arnold (BBO # 654157)<br>sea@salaw.us<br>8 Whittier Place, Suite 14F<br>Boston, MA 02114<br>Tel: (617) 670-0868<br><br>–and–<br><br>KAPLAN, MASSAMILLO & ANDREWS, LLC<br>Eugene Massamillo (pro hac vice)<br>emassamillo@kmalawfirm.com<br>Jeanine C. Driscoll (pro hac vice)<br>jdriscoll@kmalawfirm.com<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>Tel: (212) 922-0450<br>Larry Kaplan (pro hac vice)<br>lkaplan@kmalawfirm.com<br>200 West Madison Street, 16th Floor<br>Chicago, IL 60606<br>Tel: (312) 345-3000 | PEABODY & ARNOLD LLP<br><br>/s/ Timothy O. Egan<br>Timothy O. Egan<br>tegan@peabodyarnold.com<br>Barton E. Centauro<br>bcentauro@peabodyarnold.com<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: (617) 951-2050<br><br>–and–<br><br>ADLER, MURPHY & MCQUILLEN LLP<br>John M. Kelly (pro hac vice)<br>jkelly@amm-law.com<br>Michael G. McQuillen<br>mmcquillen@amm-law.com<br>Kurt C. Schlueter (pro hac vice)<br>kschlueter@amm-law.com<br>20 S Clark Street, Suite 2500<br>Chicago, IL 60603<br>Tel: (312) 422-5704 |
| ARIZIN VENTURES, LLC<br><br>By its attorneys,<br><br>HIGGINS, CAVANAGH & COONEY, LLP<br><br>/s/ James A. Ruggieri<br>James A. Ruggieri (BBO # 433770)<br>jruggieri@hcc-law.com<br>John David Freel<br>dfreel@hcc-law.com<br>10 Dorrance Street, Suite 400<br>Providence, RI 02903<br>Tel: (401) 272-3500<br><br>–and–<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>J. Denny Shupe (pro hac vice)<br>dshupe@schnader.com | UNITED STATES OF AMERICA<br><br>By its attorneys,<br><br>U.S. Department of Justice,<br>Civil Division, Aviation and Admiralty Litigation<br><br>/s/ Michael W. Kerns<br>Michael W. Kerns<br>michael.kerns@usdoj.gov<br>Orla M. Brady (BBO # 652715)<br>Orla.M.Brady@usdoj.gov<br>P.O. Box 14271<br>Washington, DC 20044-4271<br>Tel: (202) 616-4100 |

William Janicki (pro hac vice)
wjanicki@schnader.com
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 751-2300

CAROL MCDOWELL, in her capacity as Personal Representative of the ESTATE OF JAMES MCDOWELL

By her attorneys,

WIGGIN & DANA LLP

/s/ Kevin M. Smith
Kevin M. Smith (pro hac vice)
ksmith@wiggin.com
Joseph C. Merschman (BBO # 652527)
jmerschman@wiggin.com
One Century Tower
265 Church Street
New Haven, CT 06510
Tel: (203) 498-4400

Erik H. Beard (pro hac vice)
ebeard@wiggin.com
Robyn E. Gallagher (pro hac vice)
rgallagher@wiggin.com
20 Church Street
Hartford, CT 06103
Tel: (860) 297-3735

## **CERTIFICATE OF SERVICE**

I certify that, on April 23, 2018, this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christopher R. Christensen*
Christopher R. Christensen