# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Drew Katz and Melissa Silver, individually and as the co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased,<br><br>          Plaintiffs,<br>  v.<br><br>SPINIELLO COMPANIES, *et al.*,<br><br>          Defendants.<br><br>SK TRAVEL, LLC, *et al.*,<br><br>          Third-Party Plaintiffs,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>          Third-Party Defendant. | Civil Action No.: 16-11380 (DJC)(DLC) |

## DEFENDANTS' JOINT MOTION TO COMPEL PLAINTIFFS' PRODUCTION OF DAMAGES DOCUMENTS

Defendants[1] respectfully submit this Joint Motion to Compel Plaintiffs' Production of Damages Documents in accordance with Rules 26.2(c) and 37.1(b) of the Local Rules for the U.S. District Court for the District of Massachusetts. For the reasons stated in the accompanying Memorandum of Law, Defendants respectively request that this Court:

    (1) Compel Plaintiffs to produce documents and ESI relating to the post-accident financial condition of the Katz Family Assets;

    (2) Compel Plaintiffs to produce the core materials relating to the Katz

---

[1] The Defendants bringing this motion are: Spiniello Companies; SK Travel, LLC; Arizin Ventures, LLC; Carol McDowell, in her capacity as the Personal Representative of the Estate of James P. McDowell; Nancy Michelle de Vries, in her capacity as the Personal Representative of the Estate of Bauke de Vries; and Honeywell International, Inc. Third-Party Defendant, the United States of America, takes no position with respect to this Motion.

Family's business and investments that are set forth in the accompanying Memorandum of Law;

(3) Compel Plaintiffs to collect relevant ESI from Plaintiffs Drew Katz and Melissa Katz Silver; and

(4) Compel Plaintiffs to produce documents and ESI relating to Lewis Katz's and Marjorie Katz's domicile from 1992 to the date of the accident, as well as the domicile of Plaintiffs from 2009 to the date of the accident.

The Parties participated in a telephonic conference with Judge Cabell on May 31, 2018. During that call, Judge Cabell granted Defendants' request to file via ECF a redacted version of this Joint Motion to Compel Plaintiffs' Production of Damages Documents in light of Defendants' reference to, and inclusion of, supporting exhibits of documents that have been designated as "Confidential." Also as per Judge Cabell's instructions, the Parties will hand deliver a complete copy of the Motion papers to his Chambers.

Dated: June 1, 2018                              Respectfully submitted,

| SK TRAVEL, LLC | SHELLY DE VRIES, in her capacity as Personal Representative of the ESTATE OF BAUKE DE VRIES |
|---|---|
| By its attorneys, | |
| CONDON & FORSYTH LLP | By her attorneys, |
| /s/ Christopher R. Christensen | REED SMITH LLP |
| Christopher R. Christensen (pro hac vice) | |
| cchristensen@condonlaw.com | /s/ Oliver Beiersdorf |
| David J. Harrington (pro hac vice) | Oliver Beiersdorf (pro hac vice) |
| dharrington@condonlaw.com | obeiersdorf@reedsmith.com |
| Jonathan E. DeMay (pro hac vice) | 599 Lexington Avenue |
| jdemay@condonlaw.com | New York, NY 10022 |
| 7 Times Square | Tel: (212) 521-5400 |
| New York, NY 10036 | |
| Tel: (212) 894-6700 | Patrick E. Bradley (pro hac vice) |
|  | pbradley@reedsmith.com |
| – and – | 136 Main Street, Suite 250 |
| HUNTON ANDREWS KURTH LLP | Princeton, NJ 08540 |
| Timothy J. Fazio (BBO # 654157) | Tel: (609) 524-2036 |
| tfazio@huntonak.com | |
| Shauna R. Twohig (BBO # 685590) | |

| | |
|---|---|
| stwohig@huntonak.com<br>125 High Street, Suite 533<br>Boston, MA 02110<br>Tel: (617) 648-2800 | |
| SPINIELLO COMPANIES<br><br>By its attorneys,<br><br>SA Law, P.C.<br><br>/s/ Steven E. Arnold<br>Steven E. Arnold (BBO # 654157)<br>sea@salaw.us<br>8 Whittier Place, Suite 14F<br>Boston, MA 02114<br>Tel: (617) 670-0868<br><br>–and–<br><br>KAPLAN, MASSAMILLO & ANDREWS, LLC<br>Eugene Massamillo (pro hac vice)<br>emassamillo@kmalawfirm.com<br>Jeanine C. Driscoll (pro hac vice)<br>jdriscoll@kmalawfirm.com<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>Tel: (212) 922-0450<br><br>Larry Kaplan (pro hac vice)<br>lkaplan@kmalawfirm.com<br>200 West Madison Street, 16th Floor<br>Chicago, IL 60606<br>Tel: (312) 345-3000 | ARIZIN VENTURES, LLC<br><br>By its attorneys,<br><br>HIGGINS, CAVANAGH & COONEY, LLP<br>/s/ James A. Ruggieri<br>James A. Ruggieri (BBO # 433770)<br>jruggieri@hcc-law.com<br>John David Freel<br>dfreel@hcc-law.com<br>10 Dorrance Street, Suite 400<br>Providence, RI 02903<br>Tel: (401) 272-3500<br><br>–and–<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>J. Denny Shupe (pro hac vice)<br>dshupe@schnader.com<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 751-2300 |
| HONEYWELL INTERNATIONAL INC.,<br><br>By its attorneys,<br><br>PEABODY & ARNOLD LLP<br><br>/s/ Timothy O. Egan<br>Timothy O. Egan<br>tegan@peabodyarnold.com<br>Barton E. Centauro<br>bcentauro@peabodyarnold.com | CAROL MCDOWELL, in her capacity as Personal Representative of the ESTATE OF JAMES MCDOWELL<br><br>By her attorneys,<br><br>WIGGIN & DANA LLP<br>/s/ Kevin M. Smith<br>Kevin M. Smith (pro hac vice)<br>ksmith@wiggin.com<br>Joseph C. Merschman (BBO # 652527) |

| | |
|---|---|
| Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: (617) 951-2050<br><br>–and–<br><br>ADLER, MURPHY & MCQUILLEN LLP<br>John M. Kelly (pro hac vice)<br>jkelly@amm-law.com<br>Michael G. McQuillen<br>mmcquillen@amm-law.com<br>Kurt C. Schlueter (pro hac vice)<br>kschlueter@amm-law.com<br>20 S Clark Street, Suite 2500<br>Chicago, IL 60603<br>Tel: (312) 422-5704 | jmerschman@wiggin.com<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06510<br>Tel: (203) 498-4400<br><br>Robyn E. Gallagher (pro hac vice)<br>rgallagher@wiggin.com<br>20 Church Street<br>Hartford, CT 06103<br>Tel: (860) 297-3735 |

## **LOCAL RULE 37.1(b) CERTIFICATE**

Pursuant to Local Rules 7.1(a)(2), 26.2(c) and 37.1(b) for the U.S. District Court for the District of Massachusetts, counsel for Defendants hereby certify that on April 10 and May 10, 2018, they conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the Parties' discovery disputes. The Parties were unable to resolve or narrow the issues raised in this Motion to Compel.

*/s/ Christopher R. Christensen*
Christopher R. Christensen

**CERTIFICATE OF SERVICE**

     I certify that, on June 1, 2018, this document, and a redacted version of the accompanying Memorandum of Law and supporting Exhibits, were filed through the ECF system and sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants. In addition, as per the instructions of Magistrate Judge Cabell, this document, and an unredacted version of the accompanying Memorandum of Law and supporting Exhibits, will be emailed to all counsel of record, and the same will be sent via hand delivery to Magistrate Judge Cabell's Chambers.

                                                   */s/ Christopher R. Christensen*
                                                   Christopher R. Christensen