# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Drew Katz and Melissa Silver, individually and as the co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased,<br><br>    Plaintiffs,<br>  v.<br><br>SPINIELLO COMPANIES, *et al.*,<br><br>    Defendants. | **REQUEST FOR EMERGENCY**<br><br>**MOTION FOR PROTECTIVE ORDER**<br><br><br>Civil Action No.: 16-cv-11380 (DJC)(DLC) |
| SK TRAVEL, LLC, *et al.*,<br><br>    Third-Party Plaintiffs,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Third-Party Defendant. | JUNE 28, 2018 |

## DEFENDANTS' JOINT EMERGENCY
## MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, and Local Rules 5.1(c), 7.1, 34.1(e), and 37.1, Defendants[1] jointly move on an emergency basis for an order protecting Defendants from the production of Defendants' privileged attorney-client and attorney work product documents in response to a subpoena served by Plaintiffs on Defendants' insurer, Global Aerospace, Inc. ("Global") (the "Subpoena") and/or for an order protecting Defendants from Plaintiffs' Motion to Compel Global's compliance with the Subpoena which Plaintiffs filed in the United States District Court for the Southern District of Florida, Miami Division.

---

[1] The Defendants making this Motion are: Spiniello Companies; SK Travel, LLC; Arizin Ventures, LLC; Carol McDowell, in her capacity as Personal Representative for the Estate for James McDowell; and Nancy Michelle de Vries, in her capacity as Personal Representative for the Estate of Bauke de Vries.

**ORAL ARGUMENT REQUESTED**

1

The Subpoena was issued on April 3, 2018. It was issued out of this Court but compliance was designated at Plaintiffs' counsel's Miami, Florida office, despite the fact that it was served on Global in Parsippany, New Jersey. Global, through counsel, served its objections to the Subpoena on April 17, 2018.

On June 8, 2018 Plaintiffs filed their Motion to Compel in the United States District Court for the Southern District of Florida, Miami Division, with a motion response date due by June 29, 2018. Therefore, time is of the essence for Defendants to move this Court on an emergency basis for protection from Plaintiffs' Florida filing of Plaintiffs' Motion to Compel, thus requiring Defendants to file this Defendants' Joint Emergency Motion for Protective Order.

WHEREFORE, for these reasons, and the reasons and authorities set forth in Defendants' accompanying Memorandum of Law in Support of Defendants' Joint Emergency Motion For Protective Order, Defendants submit that they are at risk of being significantly affected by Plaintiffs' Global Subpoena and Florida Motion to Compel process that seeks production of Defendants' privileged attorney-client and attorney work product documents from Defendants' insurer. To avoid disrupting this Court's management of the underlying litigation and discovery, and for good cause, Defendants respectfully request that the Court: (1) grant Defendants' Joint Emergency Motion For Protective Order, (2) enter an order forbidding Plaintiffs from seeking the disclosure or discovery of Defendants' privileged attorney-client communications and attorney work product materials pursuant to Fed. R. Civ. P. 26(c)(1)(A) and (D), (3) relieve Defendants from the time, burden, and expense of having to create a log of such plainly privileged materials, (4) consult with and request the United States District Court for the Southern District of Florida, Miami Division, to transfer Plaintiffs' Motion to Compel to this Court because of the Court's jurisdiction over each of the parties, familiarity with the issues in dispute, and control over the litigation as a whole, and/or (5) order such other relief at law or in

equity as required in the interests of justice.

## LOCAL RULE 37.1 CERTIFICATION

Defendants certify that pursuant to Local Rule 37.1, they have conferred with Plaintiffs' counsel in good faith to narrow the areas of disagreement to the greatest possible extent. Plaintiffs' counsel previously had agreed not to move to compel Defendants' privileged attorney-client and attorney work product documents from Defendants' insurer; however, Plaintiffs nonetheless now inappropriately and unlawfully continue to seek to have a Florida federal court compel production of Defendants' privileged documents.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants believe that oral argument may assist the Court and respectfully request a hearing on Defendants' Joint Emergency Motion For Protective Order.

Dated: June 28, 2018                                      Respectfully submitted,

| SK TRAVEL, LLC<br><br>By its attorneys,<br><br>CONDON & FORSYTH LLP<br><br>/s/ Christopher R. Christensen<br>Christopher R. Christensen (pro hac vice)<br>cchristensen@condonlaw.com<br>David J. Harrington (pro hac vice)<br>dharrington@condonlaw.com<br>Jonathan E. DeMay (pro hac vice)<br>jdemay@condonlaw.com<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 894-6700<br><br>– and –<br><br>HUNTON ANDREWS KURTH LLP<br>Timothy J. Fazio (BBO # 654157)<br>TFazio@huntonak.com | SHELLY DE VRIES, in her capacity as Personal Representative of the ESTATE OF BAUKE DE VRIES<br><br>By her attorneys,<br><br>REED SMITH LLP<br><br>/s/ Oliver Beiersdorf<br>Oliver Beiersdorf (pro hac vice)<br>obeiersdorf@reedsmith.com<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 521-5400<br><br>Patrick E. Bradley (pro hac vice)<br>pbradley@reedsmith.com<br>136 Main Street, Suite 250<br>Princeton, NJ 08540<br>Tel: (609) 524-2036 |

3

| | |
|---|---|
| Shauna R. Twohig (BBO # 685590)<br>STwohig@huntonak.com<br>125 High Street<br>Boston, MA 02110<br>Tel: (617) 648-2745 | |
| SPINIELLO COMPANIES<br><br>By its attorneys,<br><br>SA Law, P.C.<br><br>/s/ Steven E. Arnold<br>Steven E. Arnold (BBO # 654157)<br>sea@salaw.us<br>8 Whittier Place, Suite 14F<br>Boston, MA 02114<br>Tel: (617) 670-0868<br><br>óandó<br><br><br>KAPLAN, MASSAMILLO & ANDREWS, LLC<br>Eugene Massamillo (pro hac vice)<br>emassamillo@kmalawfirm.com<br>Jeanine C. Driscoll (pro hac vice)<br>jdriscoll@kmalawfirm.com<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>Tel: (212) 922-0450<br><br>Larry Kaplan (pro hac vice)<br>lkaplan@kmalawfirm.com<br>200 West Madison Street, 16th Floor<br>Chicago, IL 60606<br>Tel: (312) 345-3000 | CAROL MCDOWELL, in her capacity as Personal Representative of the ESTATE OF JAMES MCDOWELL<br><br>By her attorneys,<br><br>WIGGIN & DANA LLP<br>/s/ Kevin M. Smith<br>Kevin M. Smith (pro hac vice)<br>ksmith@wiggin.com<br>Joseph C. Merschman (BBO # 652527)<br>jmerschman@wiggin.com<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06510<br>Tel: (203) 498-4400<br><br>Robyn E. Gallagher (pro hac vice)<br>rgallagher@wiggin.com<br>20 Church Street<br>Hartford, CT 06103<br>Tel: (860) 297-3735 |
| ARIZIN VENTURES, LLC<br><br>By its attorneys,<br><br>HIGGINS, CAVANAGH & COONEY, LLP<br><br>/s/ James A. Ruggieri<br>James A. Ruggieri (BBO # 433770)<br>jruggieri@hcc-law.com<br>John David Freel | |

4

| | |
|---|---|
| dfreel@hcc-law.com<br>10 Dorrance Street, Suite 400<br>Providence, RI 02903<br>Tel: (401) 272-3500<br><br>óandó<br><br>SCHNADER HARRISON SEGAL &<br>LEWIS LLP<br>J. Denny Shupe (pro hac vice)<br>dshupe@schnader.com<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 751-2300<br><br>Barry S. Alexander (pro hac vice)<br>BAlexander@Schnader.com<br>140 Broadway, Suite 3100<br>New York, NY 10005-1101<br>Tel: (212) 973-8000 | |

## **CERTIFICATION**

I certify that on June 28, 2018 a copy of the foregoing was electronically filed and served by regular mail, postage prepaid, and/or by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Steven E. Arnold*
　　　　　　　　　　　　　　　　　　　　　　　　　Steven E. Arnold