UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Drew Katz and Melissa Silver, individually and as the Co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased,<br><br>                     Plaintiffs,<br>      v.<br><br>SPINIELLO COMPANIES, *et al.*,<br><br>                     Defendants. | Civil Action No.: 16-cv-11380 (DJC)(DLC) |

## **JOINT NOTICE OF SETTLEMENT AND PROPOSED ORDER FOR DISMISSAL NISI**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Local Rule 68.2 of the U.S. District Court of the District of Massachusetts, the Parties to this action – Plaintiffs Drew Katz and Melissa Silver, individually and as the co-Personal Representatives of the Estate of Lewis A. Katz, and Defendants SK Travel, LLC, Arizin Ventures, LLC, Honeywell International, Inc., Spiniello Companies, Carol McDowell, in her capacity as the Personal Representative of the Estate of James McDowell, and Nancy Michelle de Vries, in her capacity as the Personal Representative of the Estate of Bauke de Vries – hereby report that they have reached a global settlement of all claims in this action, and require ninety (90) days to finalize the settlement agreement, and for payment to be made thereunder, before they formally file a stipulation of dismissal with prejudice.

Accordingly, the Parties jointly request that this Court enter the Proposed Order for Dismissal Nisi attached hereto.

Dated: October 1, 2018

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS, Drew Katz and Melissa Silver, individually and as the co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased<br><br>By their attorneys,<br><br>PODHURST ORSECK, P.A.<br>/s/ Steven C. Marks<br>Steven C. Marks (pro hac vice)<br>smarks@podhurst.com<br>Roy Altman (pro hac vice)<br>raltman@podhurst.com<br>Dayron Silverio (pro hac vice)<br>dsilverio@podhurst.com<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-2800<br><br>– and –<br><br>MEEHAN, BOYLE, BLACK & BOGDANOW, PC<br>Michael B. Bogdanow<br>mbogdanow@meehanboyle.com<br>Two Center Plaza, Suite 600<br>Boston, MA 02108-1922<br>Tel: (617) 523-8300 | SK TRAVEL, LLC<br><br>By its attorneys,<br><br>CONDON & FORSYTH LLP<br><br>/s/ Christopher R. Christensen<br>Christopher R. Christensen<br>cchristensen@condonlaw.com<br>David J. Harrington<br>dharrington@condonlaw.com<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 894-6700<br><br>– and –<br><br>HUNTON ANDREWS KURTH LLP<br>Timothy J. Fazio<br>tfazio@hunton.com<br>Shauna R. Twohig<br>stwohig@hunton.com<br>125 High Street, Suite 533<br>Boston, MA 02110<br>Tel: (617) 648-2800 |
| CAROL MCDOWELL, in her capacity as Personal Representative of the ESTATE OF JAMES MCDOWELL<br><br>By her attorneys,<br><br>WIGGIN & DANA LLP<br><br>/s/ Kevin M. Smith<br>Kevin M. Smith<br>ksmith@wiggin.com<br>Joseph C. Merschman<br>jmerschman@wiggin.com<br>One Century Tower<br>265 Church Street | ARIZIN VENTURES, LLC<br><br>By its attorneys,<br><br>HIGGINS, CAVANAGH & COONEY, LLP<br><br>/s/ James A. Ruggieri<br>James A. Ruggieri<br>jruggieri@hcc-law.com<br>John David Freel<br>dfreel@hcc-law.com<br>10 Dorrance Street, Suite 400<br>Providence, RI 02903<br>Tel: (401) 272-3500 |

| | |
|---|---|
| New Haven, CT 06510<br>Tel: (203) 498-4400<br><br>Robyn E. Gallagher<br>rgallagher@wiggin.com<br>20 Church Street<br>Hartford, CT 06103<br>Tel: (860) 297-3735 | – and –<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>J. Denny Shupe<br>dshupe@schnader.com<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 751-2300<br><br>Barry Alexander<br>balexander@schnader.com<br>140 Broadway, Suite 3100<br>New York, NY 10005<br>Tel: (212) 973-8099 |
| HONEYWELL INTERNATIONAL INC.,<br><br>By its attorneys,<br>PEABODY & ARNOLD LLP<br><br>/s/ Timothy O. Egan<br>Timothy O. Egan<br>tegan@peabodyarnold.com<br>Barton E. Centauro<br>bcentauro@peabodyarnold.com<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210<br>Tel: (617) 951-2050<br><br>– and –<br><br>ADLER, MURPHY & MCQUILLEN LLP<br>John M. Kelly<br>jkelly@amm-law.com<br>Michael G. McQuillen<br>mmcquillen@amm-law.com<br>Kurt C. Schlueter<br>kschlueter@amm-law.com<br>20 S Clark Street, Suite 2500<br>Chicago, IL 60603<br>Tel: (312) 422-5704 | SPINIELLO COMPANIES<br><br>By its attorneys,<br><br>SA Law, P.C.<br><br>/s/ Steven E. Arnold<br>Steven E. Arnold<br>sea@salaw.us<br>8 Whittier Place, Suite 14F<br>Boston, MA 02114<br>Tel: (617) 670-0868<br><br>– and –<br><br>KAPLAN, MASSAMILLO & ANDREWS, LLC<br>Eugene Massamillo<br>emassamillo@kmalawfirm.com<br>Jeanine C. Driscoll<br>jdriscoll@kmalawfirm.com<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>Tel: (212) 922-0450<br><br>Larry Kaplan<br>lkaplan@kmalawfirm.com<br>200 West Madison Street, 16th Floor<br>Chicago, IL 60606<br>Tel: (312) 345-3000 |

| | |
|---|---|
| NANCY MICHELLE DE VRIES, in her capacity as Personal Representative of the ESTATE OF BAUKE DE VRIES<br>By her attorneys,<br><br>REED SMITH LLP<br><br>/s/ Oliver Beiersdorf<br>Oliver Beiersdorf<br>obeiersdorf@reedsmith.com<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 521-5400<br><br>Patrick E. Bradley<br>pbradley@reedsmith.com<br>136 Main Street, Suite 250<br>Princeton, NJ 08540<br>Tel: (609) 524-2036<br><br>– and –<br><br>MITCHELL & DESIMONE<br>Paul E. Mitchell<br>pmitchell@mitchelldesimone.com<br>John B. DiSciullo<br>jdisciullo@mitchelldesimone.com<br>101 Arch Street<br>Boston, MA 02110<br>Tel: (617) 737-8300 | |

## **CERTIFICATION**

I, Christopher R. Christensen, certify that on October 1, 2018, a copy of the foregoing was electronically filed via the Court's electronic file system, which will send notice of this filing by email to all counsel of record. A copy of the foregoing will be sent by first-class mail and/or email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Christopher R. Christensen*
    Christopher R. Christensen