## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Drew Katz and Melissa Silver, individually and as the Co-Personal Representatives of the Estate of LEWIS A. KATZ, deceased,<br><br>            Plaintiffs,<br>v.<br><br>SPINIELLO COMPANIES, *et al.*,<br><br>            Defendants. | Civil Action No.: 16-cv-11380 (DJC)(DLC) |

## **[PROPOSED] ORDER FOR DISMISSAL NISI**

      This matter having been reported settled, it is hereby Ordered that a Stipulation of Voluntary Dismissal With Prejudice be filed within ninety (90) days from the date of this Order. If said Stipulation is not filed by said date, the Parties will contact the Court and advise as to the status of the settlement.

      SO ORDERED this ___ day of _____, 2018.

 

                                                                                                                                                                _____
                                                                                                                                                            Honorable Denise J. Casper
                                                                                                                                                            United States District Court Judge